UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARLETT HUNTER JAMES, Individually and as the Representative of the Estate of KENNETH WAYNE JAMES, KRISTY JAMES, KRYSTAL JAMES, KENDRICK JAMES, ARLETT JAMES, JONATHAN JAMES, KENETH EVANS, Individually and as Heirs-at-Law to the Estate of KENNETH WAYNE JAMES, Plaintiffs, <br><br> v. <br><br> BRAD LIVINGSTON, *et al.*, <br> Defendants. | Cause Number: 4:18-cv-975 |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate to dismissal of this case pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties have entered a settlement in the above-styled and numbered cause. The settlement agreement resolves all claims and all parties in this suit. Defendants have fulfilled their obligations under the settlement. Accordingly, Plaintiffs dismiss all claims and parties. All parties stipulate to dismissal. In accordance with the terms of the settlement, this dismissal is *with prejudice*.

**AGREED AS TO FORM AND SUBSTANCE:**

_____          3/14/19
Jeff Edwards                            Date
Attorney for Plaintiffs

_____          10/12/18
Leah O'Leary                            Date
Attorney for TDCJ and TDCJ individuals

_____          10/12/2018
Heather Rhea                            Date
Attorney for UTMB and UTMB Individuals

1